|   |   |
|---|---|
| 1 | Glenn R. Kantor, State Bar No. 122643 |
|   |   E-mail: gkantor@kantorlaw.net |
| 2 | Corinne Chandler, State Bar No. 111423 |
|   |   E-mail: cchandler@kantorlaw.net |
| 3 | Brent Dorian Brehm, State Bar No 248983 |
|   |   E-mail: bbrehm@kantorlaw.net |
| 4 | Beth A. Davis, State Bar No. 277560 |
|   |   E-mail: bdavis@kantorlaw.net |
| 5 | KANTOR & KANTOR, LLP |
|   | 19839 Nordhoff Street |
| 6 | Northridge, CA 91324 |
|   | Telephone:  (818) 886-2525 |
| 7 | Facsimile:   (818) 350-6272 |

Not less than twenty-four hours before the conference, the parties shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide one number at which all attorneys can be reached for the conference.

Attorneys for Plaintiff,
ERIC PORTER

Dated:
February 6, 2014

SEYFARTH SHAW LLP
Andrea K. Anapolsky (SBN 238297)
aanapolsky@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

SEYFARTH SHAW LLP
Amanda A. Sonneborn (admitted pro hac vice)
Megan E. Troy (admitted pro hac vice)
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (415) 460-7000

Attorneys for Defendant,
The Prudential Insurance Company of America.

**IT IS SO ORDERED**
Judge Jon S. Tigar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC PORTER, | ) | CASE NO: 3:13-cv-05275-JST |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
|  | ) |  |
| VS. | ) | **Date:  March 12, 2014** |
|  | ) | **Time:  2:00 p.m.** |
| PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) |  |
|  | ) | **(Submitted concurrently with Case Management Conference Statement)** |
| Defendant. | ) |  |
|  | ) |  |

1

Joint Request for Telephonic Appearance at
Case Management Conference

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

The parties hereby request, pursuant to Local Rule 16-10(a) for permission to attend the March 12, 2014, 2:00 p.m. Case Management Conference telephonically and state as follows:

1. On December 24, 2013, this Court issued its Clerk's notice setting the case management conference, which is scheduled for March 12, 2014. (ECF No. 15.)

2. Megan Troy, counsel for the Defendant The Prudential Insurance Company of America, has her office in Chicago, Illinois. In addition, Megan Troy is pregnant with a due date of April 13, 2014, and will be restricted from air travel on March 12th. As such, requiring personal appearance would be a burden and expense on Defendant.

3. In the interest of efficiency and expediency, the parties move to appear telephonically at the March 12, 2014 Case Management Conference.

4. This proposal is made in good faith and no party will be prejudiced by counsel for the Defendants appearing telephonically.

WHEREFORE, the parties hereby request, pursuant to Local Rule 16-10(a) for permission to attend the March 12, 2014, 2:00 p.m. Case Management Conference telephonically.

DATED: February 6, 2014                KANTOR & KANTOR, LLP

                                       By:   /s/Corrine Chandler
                                             Corinne Chandler
                                             Attorneys for Plaintiff
                                             ERIC PORTER

DATED: February 6, 2014                SEYFARTH SHAW, LLP

                                       By:   /s/Megan E. Troy
                                             Megan E. Troy
                                             Attorneys for Defendant
                                             PRUDENTIAL LIFE INSURANCE
                                             COMPANY OF AMERICA

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

16812060v.1                                    2
Joint Request for Telephonic Appearance at
Case Management Conference