SEYFARTH SHAW LLP
Amanda A. Sonneborn (admitted *pro hac vice*)
Megan E. Troy (admitted *pro hac vice*)
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:   (312) 460-5000
Facsimile:   (415) 460-7000

Andrea K. Anapolsky (SBN 238297)
aanapolsky@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant,
The Prudential Insurance Company of America.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PORTER,<br><br>    Plaintiff,<br><br>v.<br><br>PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 4:13-cv-05275-JST<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME TO FILE CROSS-MOTIONS AS TO THE STANDARD OF REVIEW**<br><br>Judge:  Jon S. Tigar<br><br>Complaint Filed:  November 11, 2013 |

## ORDER

After full consideration of the stipulation for extension of time to file cross-motions as to standard of review, IT IS SO ORDERED that Parties shall file cross-motions as to the standard of review on or before July 2, 2014, oppositions shall be submitted on July 16, 2014, and reply briefs shall be submitted on July 23, 2014.

_____
Honorable Jon S. Tigar

Dated: June 13, 2014

17415214v.1