SEYFARTH SHAW LLP
Amanda A. Sonneborn (admitted *pro hac vice*)
Megan E. Troy (admitted *pro hac vice*)
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:   (312) 460-5000
Facsimile:   (415) 460-7000

Andrea K. Anapolsky (SBN 238297)
aanapolsky@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant,
The Prudential Insurance Company of America.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PORTER,<br><br>          Plaintiff,<br><br>     v.<br><br>PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>          Defendant.. | Case No. 4:13-cv-05275-JST<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  Jon S. Tigar<br><br>Complaint Filed:  November 11, 2013 |

Plaintiff Eric Porter ("Plaintiff"), and Defendant The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE and that all matters, claims and things contained herein are res judicata between the parties and their heirs, purchasers, successors and assigns.  Further, each party will bear its own costs, expenses and attorneys' fees.

SEYFARTH SHAW LLP
ATTORNEYS AT LAW
CHICAGO

- 1 -  CASE NO. 4:13-CV-05275-JST
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

17559009v.1

1  DATED:  July 21, 2014					Respectfully submitted,

3							By:	s/*Amanda A. Sonneborn*

5							ATTORNEY FOR THE DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

8							By:	 s/*Corinne Chandler*

10							ATTORNEY FOR PLAINTIFF ERIC PORTER

SEYFARTH SHAW LLP
ATTORNEYS AT LAW
CHICAGO

17559009v.1

- 2 -

CASE NO. 4:13-CV-05275-JST
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PORTER,<br><br>        Plaintiff,<br><br>    v.<br><br>PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant.. | Case No. 4:13-cv-05275-JST<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  Jon S. Tigar<br><br>Complaint Filed:  November 11, 2013 |

In consideration of the foregoing stipulation, it is:

**ORDERED AND ADJUDGED** that this cause of action is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

**DONE AND ORDERED** this  21  day of   July    , 2014.



Honorable Jon S. Tigar
United States District Judge

SEYFARTH SHAW LLP
ATTORNEYS AT LAW
CHICAGO

17559009v.1

- 1 -

CASE NO. 4:13-CV-05275-JST
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE